IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-265-WKW |
| | ) | [WO] |
| WALTER WOODS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 1, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 49.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 49) is ADOPTED.

(2) Defendants' motion to dismiss (Doc. # 32) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement at FPC Montgomery prior to initiating this cause of action.

(3) This action is DISMISSED with prejudice pursuant to 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy previously available to him at FPC Montgomery.

A separate final judgment will be entered.

DONE this 23rd day of February, 2021.

                                          /s/ W. Keith Watkins
                                          United States District Judge